948

Present —
Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.
In the Matter of the Claim of MICHAEL KAMEN, Appellant. MARTIN P. CATHERWOOD, INDUSTRIAL COMMISSIONER, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

In the Matter of the Claim of JOHN REIDY, Appellant, v. HERMAN H. SCHWARTZ, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

In the Matter of the Claim of JULIA STENGEL, Respondent, v. GREAT ATLANTIC & PACIFIC TEA COMPANY et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—